No. 73–1963.  PORDUM *v.* BOARD OF REGENTS OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 73–1968.  GROSS ET AL. *v.* NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 73–1969.  WINKLE *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 73–1970.  DEBLASIS *v.* COUNTY OF SAN BERNARDINO ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 73–1974.  HOME INSURANCE CO. ET AL. *v.* GARCY CORP.  C. A. 7th Cir.  Certiorari denied.

No. 73–1981.  GLIMCO *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–1986.  INDUSTRO MOTIVE CORP. ET AL. *v.* MONOGRAM MODELS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 73–1989.  SIMON ET AL. *v.* ESTATE OF ALLEN ET AL. Ct. Civ. App. Tex., 10th Sup. Jud. Dist.  Certiorari denied.

No. 73–1991.  CITY OF NAPLES *v.* PREPAKT CONCRETE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 73–1993.  SIGNAL MOUNTAIN PORTLAND CEMENT, DIVISION OF GENERAL PORTLAND CEMENT CO. *v.* COOLIDGE ET UX.  C. A. 6th Cir.  Certiorari denied.